NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD DISTRICT

---

Nos. 06-1287/2230/07-1933

---

UNITED STATES OF AMERICA

v.

MICHAEL ZOMBER,

Appellant

---

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 03-cr-046-2)
District Judge: Honorable Cynthia M. Rufe

---

Argued July 21, 2008

Before: McKEE, FUENTES, and JORDAN, *Circuit Judges*

---

---

JUDGMENT

---

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on July 21, 2008. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of conviction and sentence of the District Court entered January 11, 2006, be and the same is hereby VACATED and the case is REMANDED to the District Court for a new trial, all in accordance with the opinion of this Court. It is further ORDERED that the District Court

shall vacate its decision denying the Appellant's motion under 28 U.S.C. § 2255 and dismiss that motion without prejudice.

ATTEST:

/s/ Marcia M. Waldron, Clerk

Dated: November 12, 2008

**Certified as a true copy and issued in lieu of a formal mandate on** 12/08/2008

**Teste:** Marcia M. Waldron

**Clerk, U.S. Court of Appeals for the Third Circuit**