IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 03-46 |
| MICHAEL ZOMBER | : | |

**ORDER**

AND NOW, this 31st day of July, 2009, upon consideration of the government's motion to dismiss the indictment, it is hereby

ORDERED

that the motion is GRANTED.

Cynthia M. Rufe
HONORABLE CYNTHIA M. RUFE
United States District Court